UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMY M. HAECKL,<br><br>　　　　　Defendant.<br>_____ | Case No. CR04-234-RSM<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

　　　　An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 11, 2008.  The United States was represented by Assistant United States Attorney Douglas Whalley, and the defendant by Carol A. Koller.

　　　　The defendant had been charged and convicted of Conspiracy to Forge State Securities, in violation of 18 U.S.C. § 371.  On or about November 22, 2005, defendant was sentenced by the Honorable Ricardo S. Martinez to three (3) years probation.

　　　　The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, substance abuse program, financial disclosure, mental health program, submit to search, no new credit, $18,000 forfeiture, and 150 hours community service.

　　　　In a Petition for Warrant or Summons, dated March 17, 2008, U.S. Probation Officer Felix Calvillo, Jr. asserted the following violations by defendant of the conditions of her supervised release:

(1) Failing to submit monthly reports within the first five days of October, November, December 2007 and January, February 2008, in violation of standard condition #2.

(2) Failing to complete 150 hours of community service as directed by the probation officer in violation of special condition #7.

The defendant was advised of her rights, acknowledged those rights, and admitted to the two alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations numbers 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Ricardo S. Martinez on August 8, 2008, at 9:30 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 11th day of April, 2008.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:           Honorable Ricardo S. Martinez
    AUSA:                     Mr. Todd Greenberg
    Defendant's attorney:     Ms. Carol A. Koller
    Probation officer:        Mr. Felix Calvillo, Jr.